FILED

AUG 0 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  SHERRILL A. CARVALHO
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 1:08 CR 00258 LJO |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| GUILLERMO CUEVAS et al, | CRIMINAL PROCEDURE |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on August 8, 2008, charging the above defendants with violations of 18 U.S.C. § 371; 545; 21 U.S.C. §§ 331(k) & 333(a)(2) - Conspiracy to Smuggle Prescription Drugs and Controlled Substances, and to Misbrand Drugs While Held for Sale After Shipment in Interstate Commerce; and other charges be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendants are in custody or have been given bail, that no person shall disclose the finding of the Indictment or any warrants issued pursuant thereto,

except when necessary for the issuance and execution of the warrants.

DATED: August 8, 2008                    Respectfully submitted,

                                              McGREGOR W. SCOTT
                                              United States Attorney

                                          By *[signature]*
                                              SHERRILL A. CARVALHO
                                              Assistant U.S. Attorney

ORDERED as prayed this 8TH day of August, 2008

*[signature]*
_____
U.S. Magistrate Judge
SM SNYDER