McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:08-CR-258 LJO |
| Plaintiff, | |
| v. | MOTION TO UNSEAL INDICTMENT AND ORDER THEREON |
| GUILLERMO CUEVAS, et al. | |
| Defendants. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Sherrill A. Carvalho, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record in its entirety.

September 2, 2008                    /s/ Sherrill A. Carvalho
                                     SHERRILL A. CARVALHO
                                     Assistant U. S. Attorney

IT IS SO ORDERED.

Dated: __September 2, 2008__            __/s/ Gary S. Austin__
                                        UNITED STATES MAGISTRATE JUDGE

1