(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Guillermo Cuevas

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO:   1:08-CR-00258 LJO |
| Plaintiff, ) | **ORDER FOR RETURN OF PASSPORT** |
| v. ) | |
| GUILLERMO CUEVAS, ) | |
| Defendant. ) | |

The above-named defendant having been discharged from Pretrial Supervision on May 22, 2009, and released on his own recognizance until his upcoming Deferred Prosecution Agreement Hearing on May 7, 2010, at 9:30 a.m.;

IT IS HEREBY ORDERED that the Passport posted September 19, 2008 [doc #50] be returned to defendant, GUILLERMO CUEVAS's attorney of record, Harry M. Drandell.

Passport No.: 086718964

Receipt No.: 50

IT IS SO ORDERED.

**Dated:   December 3, 2009**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE