BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4093

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GUILLERMO CUEVAS, and<br>LISA CUEVAS,<br><br>　　　　　Defendants. | CASE NO. 1:08CR0258 LJO<br><br>MOTION AND ORDER FOR<br>DISMISSAL OF INDICTMENT |

　　　　The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment, against GUILLERMO CUEVAS, and LISA CUEVAS, in the interest of justice and without prejudice.  Both defendants have complied with the terms of the Deferred Prosecution Agreement.

DATED: May 6, 2010　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　By　/S/ Mark E. Cullers
　　　　　　　　　　　　　　　　　　　MARK E. CULLERS
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4093

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08CR0258 LJO |
| Plaintiff, | MOTION AND ORDER FOR DISMISSAL OF INDICTMENT |
| v. | |
| GUILLERMO CUEVAS, and LISA CUEVAS, | |
| Defendants. | |

The Indictment against GUILLERMO CUEVAS, and LISA CUEVAS, is dismissed in the interest of justice and without prejudice as both defendants have complied with the terms of the Deferred Prosecution Agreement.  The Motion to Dismiss filed by the Government is GRANTED.

IT IS SO ORDERED.

**Dated:   May 6, 2010**                              **/s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

2